1

2

3

4

5

6              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8  _____
                                           )
9  ALFRED NEWBERRY,                        )
                                           )        No. C06-742RSL
10                        Plaintiff,        )
              v.                           )
11                                          )        ORDER GRANTING DEFENDANTS'
   FIBERGLASS STRUCTURAL                    )        MOTION FOR RENOTE
12 ENGINEERING, INC., and RANDY             )
   RAPOZA,                                  )
13                                          )
                         Defendants.        )
14 _____)

15      This matter comes before the Court on defendants' motion to renote their motion to

16 dismiss (Dkt. #14).  The motion to dismiss was originally noted for December 8, 2006 and

17 defendant now requests that the Court renote the motion for December 15, 2006.  Plaintiff has

18 not yet responded to the motion, therefore the Court GRANTS defendants' motion for renote.

19 The Clerk of Court is directed to renote "Defendants' Motion to Dismiss" (Dkt. #10) on the

20 Court's calendar for Friday, December 15, 2006.  Any opposition is due no later than Monday,

21 December 11, 2006, and any reply is due no later than December 15, 2006.  See LR 7(d)(3).

22
        DATED this 4th day of December, 2006.
23

24                                  _____
                                    Robert S. Lasnik
25                                  United States District Judge

26
   ORDER GRANTING DEFENDANTS'
   MOTION FOR RENOTE - 1