UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ALFRED NEWBERRY,        )
                        )
           Plaintiff,   )   No. C06-742RSL
                        )
    v.                  )
                        )   ORDER VACATING
FIBERGLASS STRUCTURAL   )   ORDER TO SHOW CAUSE
ENGINEERING, INC., and RANDY )
RAPOZA,                 )
                        )
           Defendants.  )
_____)

This matter comes before the Court *sua sponte*. On June 22, 2007, the Court ordered plaintiff to deliver a courtesy copy of the documents he filed on June 18, 2007. Plaintiff has now done so. The Order to Show Cause (Dkt. #38) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 27th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE