UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFRED NEWBERRY,

        Plaintiff,

    v.

FIBERGLASS STRUCTURAL ENGINEERING, INC., and RANDY RAPOZA,

        Defendants.

Case No. C06-742RSL

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF ALFRED NEWBERRY , and on behalf of DEFENDANTS in the amount of $3,040.29  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. WITNESS FEES & COSTS | $328.27 | 0 | $328.27 |
| II. DEPOSITION COSTS | $1,417.65 | 0 | $1,417.65 |

Clerk allowed costs for depositions used by either party in support of or in opposition to summary judgment motion.

| | | | |
|---|---|---|---|
| III. COPYING COSTS | $1,4700.00 | $441.00 | $1,029.00 |

Costs associated with copying materials that were presented to the court were taxable. Clerk estimated that 70% of the costs requested were presented.

| | | | |
|---|---|---|---|
| IV. MEDIATOR | $1,075.00 | $1,075.00 | 0 |

Costs for hiring mediator are not taxable.

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.  CERTIFIED COPIES | $441.37 | $176.00 | $265.37 |

Costs to obtain certified copies were taxable.

Dated this ___25th___ day of SEPTEMBER, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2