UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFRED NEWBERRY,

                Plaintiff,

        v.

FIBERGLASS STRUCTURAL
ENGINEERING, INC., *et al.*,

                Defendants.

Case No. C06-0742RSL

ORDER

        Two of plaintiff's counsel of record, Geoffrey C. Cross and Eric B. Maughan, have filed a "Notice of Intent to Withdraw." Dkt. # 89. Although the notice is not in the form prescribed by rule (see Local General Rule 2(g)(4)), the Court will consider counsels' notice as a request for permission to withdraw. Because plaintiff continues to be represented in this matter, notice was sent to plaintiff's remaining counsel, and no objection was filed, the request to withdraw is hereby GRANTED.

        Dated this 26th date of October, 2007.

                                              Robert S. Lasnik
                                              United States District Judge

ORDER OF WITHDRAWAL